UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Y.F., et al</u>

v.

<u>New Hampshire Department of Corrections,</u>
<u>Commissioner</u>

Civil No. 15-cv-510-PB

## **AMENDED JUDGMENT**

In accordance with the order by Judge Paul Barbadoro dated September 8, 2017, and the Stipulation of Dismissal dated September 20, 2017, judgment is hereby entered.

By the Court,

 /s/ Pamela E. Phelan
Pamela E. Phelan
Chief Deputy Clerk
United States District Court

Date: September 21, 2017

cc:     Counsel of Record